UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

BANKRUPTCY COURT
DISTRICT OF OREGON

2019 FEB 25 PM 3:18

LODGED_____ REC'D_____
PAID_____ DOCKETED_____

In re

Karamos Holdings, Inc.

Case No. 18-31646

**CREDITOR CHANGE OF ADDRESS**

Debtor(s)

---

**Note to Debtors:** If you wish to add a new creditor to this case, you must file LBF #728 and pay the required filing fee. If you submit a creditor address different from the one listed on the most recent proof of claim by that creditor, the court will send any notices to the creditor at both addresses.

**Creditor Name:** Wells Fargo Bank, N.A.

| Old Address: | New Address: |
|---|---|
| 300 Tri-State International, Ste 400<br>Lincolnshire, IL 60069-4417 | 800 Walnut Street<br>MAC F0005-055<br>Des Moines, IA 50309 |

**Creditor Phone Number:** 800-247-0032

**If you are a creditor who has already filed a claim:** Please enter the claim number and check the appropriate box. You need <u>not</u> file an amended claim to update <u>only</u> an address.

**Claim No.** 4

**Please use the new address for:** ☐ Notices only  ☐ Payments only  ☒ Notices <u>and</u> Payments

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

Date: 2-15-19

Deanna Cords
Signature (Required)

Deanna Cords
Type/ Print Signer's Name                OSB # (if attorney)

800-247-0032 x74542    Equipment Finance Contract Analyst
Signer's Phone # and Relation to Case

**Further Information About Address Changes**
Address changes for debtors must be filed on LBF #101D. Other parties may file an address change by letter which includes the case number, debtor's name, date, and the filer's signature.

**Further Information About Adding A New Party or Creditor to a Case [also see above Note to Debtors]**
An ECF Participant who wishes to receive notice must electronically file a text-only Notice of Appearance or Special Notice Request. Any other party who wishes to receive notice must file a written request with the court.

101C (2/19/13)