```
                         United States Bankruptcy Court
                              District of Oregon
```

In re:                                                         Case No. 18-31646-pcm
Karamanos Holdings, Inc.                                       Chapter 11
        Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0979-3            User: Admin.            Page 1 of 1            Date Rcvd: Apr 10, 2019
                                Form ID: NOCN           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
db              +Karamanos Holdings, Inc.,    801 NE 21st Ave.,    Portland, OR 97232-2209
101706707       +Wells Fargo Vendor,    Financial Services, LLC,    ATTN: Kimberly Park,
                  1010 Thomas Edison Blvd SW,    Cedar Rapids, IA 52404-8247

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
NONE.                                                                                           TOTAL: 0

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

April 10, 2019

Clerk, U.S. Bankruptcy Court

BY **tlh** DEPUTY

In re
**Karamanos Holdings, Inc.**
Debtor(s)

Case No. **18–31646–pcm11**

NOTICE OF OBJECTION
TO CLAIM

An objection to your claim in this bankruptcy case has been filed and is enclosed with this notice.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then within 35 days from the "FILED" date shown above, you or your attorney must either:

1. Obtain a written withdrawal of the objection to claim by the objecting party. In order to obtain a withdrawal, you may need to provide the objecting party with any documentation supporting your claim that was not included when you filed your claim with the court. You should send this documentation to the objecting party's address or addresses listed at the bottom of objection to claim. The written withdrawal of the objection must be filed with the court.

   OR

2. Prepare a written response to the objection, explaining your position, and file it with the court at the address below. The court will set a hearing and send you a hearing notice. You must appear at the hearing, if scheduled.

   Mail your response to:
   Clerk, US Bankruptcy Court
   1050 SW 6th Ave. #700
   Portland, OR 97204

   You must also send a copy of your response to the objecting party at the address or addresses listed at the bottom of the objection to claim.

If you or your attorney do not take one of these steps within 35 days of the "FILED" date shown above, the claim will be treated as shown in Paragraph 3 of the objection to claim.

Clerk, U.S. Bankruptcy Court