Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Of Attorneys for Karamanos Holdings, Inc.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| In re: | Bankruptcy Case Nos. |
|---|---|
| Sunshine Wind Down, LLC and Karamanos Holdings, Inc., | 18-31644-pcm11 (Lead Case) 18-31646-pcm11 |
| Debtors-in-Possession. | CERTIFICATE OF SERVICE |

I hereby certify that on April 15, 2019, I caused a true and correct copy of Karamanos Holdings, Inc.'s Objection to Claim No. 5-1 [ECF No. 26] to be served on the following parties, via first-class mail in a sealed envelope, postage prepaid, deposited in the U.S. Postal Service at Portland, Oregon:

Wells Fargo Vendor Financial Services LLC
Attn: Kimberly Park
1010 Thomas Edison Blvd. SW
Cedar Rapids, IA 52404

Assayag Mauss LLP
Attn: Raminta A. Rudys
One Centerpointe Drive, Suite 170
Lake Oswego, OR 97035

/ / / / /

/ / / / /

Page 1 of 2    CERTIFICATE OF SERVICE
{00264975:2}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-31646-pcm11    Doc 29    Filed 04/15/19

I further certify that on April 15, 2019, I caused a true and correct copy of Karamanos Holdings, Inc.'s Objection to Claim No. 5-1 [ECF No. 26] to be served on the following party via certified mail, return receipt requested, postage prepaid and deposited with the U.S. Postal Service at Portland, Oregon:

Wells Fargo
Attn: Tim Sloan, CEO
420 Montgomery Street
San Francisco, CA 94104

DATED: April 15, 2019          MOTSCHENBACHER & BLATTNER, LLP

By: /s/Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Of Attorneys for Debtor

Page 2 of 2    CERTIFICATE OF SERVICE
{00264975:2}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 18-31646-pcm11    Doc 29    Filed 04/15/19